# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

JEBEH KAWAH, : No. 141 EM 2016

        Petitioner :

        v. :

PHH MORTGAGE CORPORATION, F/K/A :
CENDANT MORTGAGE CORPORATION, :
D/B/A PHH MORTGAGE SERVICES, :
FEDERAL NATIONAL MORTGAGE :
ASSOCIATION, D/B/A FANNIE MAE, :

        Respondents :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of October, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.